(No. 6201—

Otis Vinson, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

# 303

*Opinion filed January 11, 1972.*

RICHARD F. McPARTLIN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.